

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-14-00449-CR

| | | |
|---|---|---|
| Cedric Tyrone Scott Jr. a/k/a Cedric Tyrone Scott | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1320181D) |
| | § | March 26, 2015 |
| v. | § | Per Curiam |
| | § | (nfp) |
| The State of Texas | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $500 fine. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM